E-FILED
Friday, 09 September, 2005 10:13:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
SEP - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CR 05-20040 |
| | ) | |
| LAMIA CHAOUNI, (Also Known As "Camille Bolash"), | ) | Title 18, United States Code, Sections 1344 & 1028A. |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

## COUNT ONE
(Bank Fraud)

**THE GRAND JURY CHARGES:**

1. On or about March 11, 2005, in Champaign County, in the Central District of Illinois, and elsewhere,

**LAMIA CHAOUNI,**
**(Also Known As Camille Bolash),**

defendant herein, did knowingly attempt to execute a scheme and artifice to defraud the National City Bank of Urbana, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds from the bank by false and fraudulent pretenses and representations.

2. It was part of the scheme and artifice that CHAOUNI went to National City Bank in Urbana, Illinois and falsely represented herself to be Camille Bolash. As part of her false representation, CHAOUNI presented a fraudulent Kentucky driver's license in the name of Camille Bolash.

3. It was further part of the scheme and artifice that CHAUONI then attempted to cash two counterfeit checks made payable to Camille Bolash and purportedly drawn on accounts at National City Bank, namely, check number 23517 in the amount of $1,825.84 purportedly drawn on the account of Carnes Trucking Company of Louisville, Kentucky and check number 151157 in the amount of $2,517.92 purportedly drawn on the account of Dynisco of Franklin, Massachusetts.

4. On or about March 11, 2005, in Champaign County, in the Central District of Illinois, and elsewhere,

**LAMIA CHAOUNI,**
**(Also Known As Camille Bolash),**

defendant herein, did knowingly attempt to execute a scheme and artifice to defraud the National City Bank of Urbana, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds from the bank by false and fraudulent pretenses and representations, in that CHAOUNI falsely represented her identity and attempted to cash counterfeited checks.

In violation of Title 18, United States Code, Section 1344(1) & (2).

**COUNT TWO**
(Aggravated Identity Theft)

**THE GRAND JURY CHARGES:**

1.-4. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

5. On or about March 11, 2005, in Champaign County, in the Central District

of Illinois, and elsewhere,

**LAMIA CHAOUNI,**
**(Also Known As Camille Bolash),**

defendant herein, during and in relation to the crime of Bank Fraud as charged in Count One, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit, the name and access device of C.B.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Harris for

JAN PAUL MILLER
United States Attorney

ELM