E-FILED
Tuesday, 18 October, 2005 04:49:55 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

## APPEARANCE

Case Number: 05 CR 20040

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LAMIA CHAOUNI

I certify that I am admitted to practice in this court.

10/18/2005
Date

s/Michael D. Krejci
Signature

Michael D. Krejci — 0619333
Print Name — Bar Number

1770 Park Street, Suite 205
Address

Naperville — Illinois — 60563
City — State — Zip Code

(630) 388-0600 — (630) 388-0299
Phone Number — Fax Number

Print Save As... Reset