E-FILED
Wednesday, 19 October, 2005 02:20:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 05 CR 20040 |
| | ) | |
| LAMIA CHAOUNI, | ) | Honorable Judge David G. Bernthal |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

Now comes MICHAEL D. KREJCI, for the Defendant, LAMIA CHAOUNI, pursuant to S.H.A., Chapter 110A, Paragraph 13(c)(3) and moves this Honorable Court to grant the attorney leave to withdraw as Defendant's attorney, and in support thereof states as follows:

1. That Michael D. Krejci filed his appearance on behalf of the Defendant in connection with the above-captioned matter.

2. That on October 19, 2005 the Defendant retained another attorney for representation in this matter.

3. The undersigned attorney asks to be withdrawn from the above captioned matter.

WHEREFORE, MICHAEL D. KREJCI prays that this Honorable Court grant the motion to withdraw as Defendant's attorney.

Respectfully submitted,

S/Michael D. Krejci
BY: ______________________________
Michael D. Krejci

Michael D. Krejci and Associates, L.L.C.
1770 Park Street, Suite 205
Naperville, Illinois 60563
Tel. 630 / 388-0600