E-FILED
Friday, 21 October, 2005 11:41:46 AM
Clerk, U.S. District Court, ILCD

2100

Jackson 9/19/2005

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RECEIVED
UNITED STATES MARSHAL
2005 SEP 16 AM 10:16
NORTHERN DIST. OF IL.
ADMINISTRATIVE-SECTION

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.

**LAMIA CHAOUNI, (aka "Camille Bolash")**

**Chicago, IL 60639**

FILED
OCT 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**Case Number: 05-20040**

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT,**

201 S. Vine St. Urbana, Illinois

at

**10:30 a.m.**

on

**October 18, 2005**

before the

HONORABLE **DAVID G. BERNTHAL**

To answer an **Indictment** charging you with a violation of Title **18**, United States Code, Section(s) **1344**.

Brief description of offense:

Bank Fraud

RECEIVED
2005 SEP 12 P 1:18
US MARSHALS SERVICE
CENTRAL ILLINOIS

DATE: September 9, 2005

DAVID G. BERNTHAL

**s/David G. Bernthal**

U.S. MAGISTRATE JUDGE

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:(Date) 10/13/05 7:05 AM

Check one box below to indicate the appropriate method of service

[✓] Served personally upon the defendant at: 5524 W. DIVERSEY AVE. CHICAGO, IL 60639

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.

Name of person with whom the summons was left: ______

[ ] Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 10-13-05
Date

KIM WIDUP
Name of United States Marshal

STEVE LINDER [signature]
(by) Deputy United States Marshal

Remarks: 1 DUSM x 2 HR 20 MILES ROUND TRIP