E-FILED
Tuesday, 25 October, 2005 10:13:55 AM
Clerk, U.S. District Court, ILCD

PS 40
(CDIL Rev. 3/04)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING PASSPORT

1. ☐ **NOTICE OF ORDER NOT TO OBTAIN PASSPORT**
2. ☒ **NOTICE OF SURRENDERED PASSPORT**
3. ☐ **REMOVAL OF NOTICE OF SURRENDERED PASSPORT OR ORDER NOT TO OBTAIN A PASSPORT**

FILED
OCT 25 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO: Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue N.W., 3rd Floor
Washington, DC 20037

FROM: U.S. Probation Officer
201 S. Vine St., Rm. 127
Urbana, IL 61802-3348

RE: LAMIA CHAOUNI

DATE OF BIRTH: ./82

PLACE OF BIRTH: CHICAGO, IL

SSN: -0964

PASSPORT RECEIVED FROM: LAMIA CHAOUNI
(Print or Type)

1. ☐ **PURSUANT TO THE** Court's order entered on ____________ in Case Number ____________, the defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

2. ☒ **PURSUANT TO THE** Court's order entered on 10/20/05 in Case Number 0753/5:05CR20040-001, Passport Number 047147293 issued to the above-named defendant was surrendered to the custody of the Clerk of U.S. District Court on 10/20/2005, and the defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

3. ☐ **On** ____________, our office filed a notice of:

   ☐ **SURRENDERED PASSPORT** on Passport Number ____________ on the above-named defendant; or

   ☐ **AN ORDER NOT TO OBTAIN A PASSPORT** on the above-named defendant.

   This is to provide notice that the above case has been disposed of and the above order of the court is no longer in effect. Please remove notice from your records.

Sincerely,

By: s/Susan C. Silver

DATED: October 21, 2005

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court
Copy with Passport