**E-FILED**
Friday, 04 November, 2005 04:48:23 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | ) | |
| | ) | CASE NO. **05-20040** |
| **LAMIA CHAOUNI,** (Also Known As "Camille Bolash")<br>Defendant | ) | |

<u>SCHEDULING ORDER IN CRIMINAL CASE</u>

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 P.M.** on **December 27, 2005**, before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **January 9, 2006**, before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 4th day of November, 2005.

s/David G. Bernthal
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE