E-FILED
Wednesday, 21 December, 2005 02:39:15 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | ) | |
| | ) | CASE NO. **05-20040** |
| **LAMIA CHAOUNI,** (Also Known As "Camille Bolash")<br>Defendant | ) | |

**MOTION TO VACATE TRIAL DATE AND SET NEW DATE FOR ENTRY OF CHANGE OF PLEA**

LAMIA CHAOUNI through her Attorneys J. Barton Kalish and Sheila Kalish respectfully motion this Court to vacate the trial date set for January 9, 2006 and set a new date for the entry of a change of plea and in support thereof say as follows:

1. In an attempt to cooperate with the Office of the United States Attorney and law enforcement, the Defendant is currently in the midst of efforts to gain information. The efforts of the Defendant are restricted mainly to evenings and weekends. This is when the most opportunities for information are available. Unfortunately, despite best efforts, the intervention of the Holiday Season has abated the usual activity in the places where this information is being sought. Defendant ardently requests more time in which to make the contacts necessary to gather information.

2. Notwithstanding that this matter will not be going to trial, the Defendant shall attend the pre-trial conference set for December 27, 2005. However, because a "surprise family gathering" of the Attorneys five children and ten grandchildren, these attorneys will be out of state on the December 27th pre-trial conference date and respectfully request this Court to excuse the presence of counsel.

3. Defendant's attorneys will, however, be available for teleconferencing on

December 27th if this Court deems it necessary.

WHEREFORE, the Movant prays this Court to enter an order in accordance with the content of this Motion and set a new date for the entry of a change of plea for the second week of February, 2006 or any date thereafter at the convenience of the Court.

Respectfully Submitted,

J. Barton Kalish

Sheila Beth Kalish

Kalish, Kalish and Colleagues
Attorneys for Lamia Chaouni

Kalish, Kalish & Colleagues
79 West Monroe Street
Suite 1006
Chicago, Illinois 60603
312 629 0220