E-FILED
Friday, 14 July, 2006 03:45:42 PM
Clerk, U.S. District Court, ILCD

JOBS FOR YOUTH/CHICAGO
50 EAST WASHINGTON, 4TH FLOOR, CHICAGO, IL 60602-2100
312.499.4778 MAIN 312.499.4772 FAX
WWW.JFYCHICAGO.ORG

RECEIVED
2006 MAY 25 AM 10:41
US PROBATION URBANA

April 18, 2006

To Whom It May Concern:

I have been acquainted with Ms. Lamia Chaouni for more than five years; first as a student, then as a co-worker. In that time, I have found her to be an intelligent, capable and trustworthy person.

Having been her instructor, I am aware of her ambition, dedication, and capacity for hard work. Later, I was able to see these qualities in a professional setting, when she became a fellow employee.

Though still young, Lamia has had a wide range of life experiences, and has shown a capacity to learn from them.

I know further that during the period of her late father's final illness, that she became the support of her mother and faithfully attended to her responsibilities withher father. It was an extremely stressful time for her, and she handled it with dignity and grace.

I would welcome her back as an employee should that situation ever arise.

If I can be of any further assistance, please feel free to contact me directly.

Thank you,

Chris Lynch
Instructor

A LIFE. A JOB. A FUTURE.

CHRIS LYNCH
ged instructor
312.499.4778 x124
chris@jfychicago.org

JOBS FOR YOUTH/CHICAGO
50 EAST WASHINGTON, 4TH FLOOR, CHICAGO, IL 60602-2100
312.499.4772 FAX WWW.JFYCHICAGO.ORG

CHICAGO PUBLIC SCHOOLS

RECEIVED

[illegible] 25 AM 10: 40

Edwin G. Foreman High School • 3235 North LeClaire Avenue • Chicago, Illinois 60641
Telephone 773/534-3400 • FAX 773/534-3684

Frank Candioto
Principal

Carmen Vazquez
Administrative Assistant

Larry M. Irvin
Assistant Principal

Sandra L. Woolfolk
Assistant Principal

April 6, 2006

To Whom It May Concern:

Lamia Chaouni attended Foreman High School from August 1997 until she graduated in June 2000. It was a privilege to have her as a student at Foreman.

She was an outstanding student and devoted much of her time to her studies in order to prepare herself for the future. Lamia was a highly respected member of various clubs such as the key club and the computer club. Lamia always assisted in organizing activities for the student body.

Lamia is a dedicated, trustworthy and honest young lady who earned the respect of all those with whom she interacted.

Lamia is an outgoing young lady who truly regrets what has happened. It is my belief that she was naïve and truly unaware of what she was asked to be involved in.

I am willing to assist her in any way that will enable her to receive a new start.

Please feel free to contact me at the above number if there are further questions.

Respectfully,

Sandra L. Woolfolk

Sandra L. Woolfolk

CPS

CHICAGO PUBLIC SCHOOLS

Edwin G. Foreman High School • 3235 North LeClaire Avenue • Chicago, Illinois 60641
Telephone 773/534-3400 • FAX 773/534-3684

Frank Candioto
Principal

Carmen Vazquez
Administrative Assistant

Larry M. Irvin
Assistant Principal

Sandra L. Woolfolk
Assistant Principal

3235 North LeClaire Avenue
Chicago, Illinois 60641
April 6, 2006

To Whom It May Concern:

Lamia Chaouni was a student in my English class during her Freshman year here at Foreman High School. During that time, she showed remarkable maturity by listening intently and by asking thought provoking questions. Her demeanor was always calm, poised, and respectful -- behavior most often associated with an older student. She worked conscientiously on her assignments, completing them to the best of her ability.

I am, therefore, happy to commend Lamia as a person who is honest, trustworthy, sincere, and willing to work hard to achieve success. I am certain she will remain committed to these values throughout her life.

Sincerely,

Ellen Tiernan

Ellen Tiernan
English Department
Foreman High School

RECEIVED

CHICAGO PUBLIC SCHOOLS

Edwin G. Foreman High School • 3235 North LeClaire Avenue • Chicago, Illinois 60641
Telephone 773/534-3400 • FAX 773/534-3684

Frank Candioto
Principal

Carmen Vazquez
Administrative Assistant

Larry M. Irvin
Assistant Principal

Sandra L. Woolfolk
Assistant Principal

April 6, 2006

To Whom It May Concern:

It is with great pleasure that I recommend *Lamia Chaouni* as an outstanding young lady.

Lamia was my student at Foreman High School. She continued to stay in touch over the years. I am very proud of Lamia because of her many accomplishments in education and employment.

Unlike many youths today, Lamia is a devoted daughter. During high school she was always at her parents' side. She kept her mother inspired as the family coped with her father's long term illness. Lamia was the anchor in her family's life. That experience had taken a toll on her although she willingly volunteered to assist with her father's health conditions.

In all of Lamia's efforts to be a model citizen she has been outstanding. There was one mistake immediately following her father's fatal illness that she regrets.

Lamia was unaware of human trickery and cruelty. It was during this time that an unknown person requested that she participate in an incident that was so unfamiliar to her. Even now, Lamia regrets cooperating with this individual.

I plead with you to please forgive Lamia for what has happened. I will volunteer to support her even more if she is given a fresh start. I believe that I know her heart and her good intentions.

Please feel free to contact me at (847) 866-7878 or (847) 309-7878. I will be present on the date of her hearing. Thank you.

Sincerely,

Theresa Cameron

Theresa Cameron
Teacher

RECEIVED

JOBS FOR YOUTH/CHICAGO
50 EAST WASHINGTON, 4TH FLOOR, CHICAGO, IL 60602-2100
312.499.4778 MAIN 312.499.4772 FAX
WWW.JFYCHICAGO.ORG

RECEIVED
2006 MAY 25 AM 10: 42
US PROBATION URBANA

April 18, 2006

Dear Sir or Madam:

I have been asked to write a character reference for Lamia Chauoni and I am most pleased to do so.

I have known Lamia for six years, she attended Jobs For Youth for our Pre Employment Training Workshop. As the Director of Admissions at Jobs For Youth, I have watched Lamia grow and mature into the fine young lady she is today. She is a hard worker, very eager to work and volunteered when needed in other departments. She is always cheerful and willing takes on responsibility.

I am sure whoever hires her will find her a good worker as well as a pleasant person. She is truly a gem.

Sincerely,

Joyce Mister

Joyce Mister
Director of Admissions

A LIFE. A JOB. A FUTURE.

Behavioral Health Services
Belmont Outpatient
5825 West Belmont Avenue
Chicago, Illinois 60634
773.637.0487
773.637.1045 Fax

RECEIVED
2006 MAY 25 AM 10: 42
US PROBATION URBANA

# Lutheran Social Services of Illinois

UNITED STATES DISTRICT COURT
Northern District of Illinois
U.S. Pretrial Services

Ms. Ann Marie Carey
Chief U.S. Pretrial Services Officer
U.S. Courthouse
219 South Dearborn, Room 15100
Chicago, Illinois 60604-5793

April 13, 2006

Re: Ms. Lamia Chaouni
DOB
Treatment status report

To Whom It May Concern:

This letter is in regard to the above-named client's status in treatment. Ms. Chaouni has continued to be compliant and cooperative. She has been meeting with me on a weekly basis.

During sessions she is very open. She reviews and processes her schedule and endeavors regarding her case thoroughly. She appears to be working very hard and to make every effort towards meeting her obligations and responsibilities in every sphere of her life. She gives great thoughts to all her actions, past and present, and processes her perception of her progress as well as her emotional adjustment to her circumstances.

Ms. Chaouni has continued to meet with our psychiatrist Dr. Simone West every month for the monitoring of her mood and her medication regimen. She also keeps in frequent phone contact with me in-between sessions. She keeps herself accountable for any changes in her plans.

Ms. Chaouni expresses valuing her therapy meetings for giving her an opportunity to process her high level of stress and to plan, prioritize and gain perspective on her efforts.

Ms. Chaouni appears to be putting herself fully into meeting all of her probation requirements while remaining a responsible worker. The changes in outlook and behavior, which she displayed already at time of last report, continue to reveal a more mature and determined person.

Do not hesitate to contact me with any further questions you may have regarding Ms. Lamia Chaouni. I have now worked with her for nearly a year and am impressed with her progress and her personal development and insight.

Sincerely,

MP Sernatinger, MA, LCPC

Marie-Pierre Sernatinger
Clinician – ext. 16

cc: Ms. Christa Brown, P.O.

Behavioral Health Services
5825 West Belmont Avenue
Chicago, Illinois 60634
773.637.0487
773.637.1045 Fax

RECEIVED
25 AM 10: 42
US PROBATION URBANA

# Lutheran Social Services of Illinois

June 20, 2005

Re: Ms. Lamia Chaouni DOB
SSN 0964

---

To Whom It May Concern:

This letter is in regard to the above-named client's status at our agency. Our facility offers Outpatient Substance Abuse Treatment as well as Mental Health counseling. Ms. Chaouni came seeking services for drug-related problems, extreme distress and depression. She was seen for an assessment on May 23 2005, and was admitted to our program for individual counseling to address the multiple issues she presented with. She was also given an appointment for an evaluation with our psychiatrist, Dr. Paxton, on June 7, 2005.

In our initial meeting Ms. Chaouni expressed feeling extremely depressed and anxious, with feelings of guilt and regrets about the events of the past few months. Client reported that she lost her father, who she was very close to, a few months ago, without having been able to see him again.
Ms. Chaouni has been meeting with me regularly once a week since her admission date. During sessions she has reported having experienced depression on and of ever since her parents' divorce. She also brings up the unresolved grief issues about the recent loss of her father, as well as her feelings of guilt and shame about her misguided actions and their consequences and her substance abuse issues.

Client admitted to having started using alcohol and drugs, primarily cocaine, at age 21, but reports that she has stopped all drug use since her arrest.

Ms. Chaouni related how she was under the influence of cocaine when she let herself be talked into the actions which have resulted in her legal problems. Client at the time wanted to go and see her sick father overseas and couldn't come up with the money. Client expressed dismay at her gullibility, wondering whether she can trust her own judgment. She appeared open and earnest when discussing her drug use and other issues.

Ms. Chaouni met with psychiatrist Dr. Paxton on June 7 as scheduled. She has been put on anti-depressant medication and reported during our most recent session that it "really seems to help". She no longer has suicidal ideation, cries less and has a little more energy.

~~Ms. Chaouni has no prior history suggesting any antisocial tendencies.~~ She has a stable work history and was going to college up to 6 months ago. She appears now rather fearful about making plans for herself, doubting her ability to carry them out. She reports having made changes in her life in terms of who she associates with and what her focus in life is. She appears pro-active, is looking for jobs, wants to go back to school.

Do not hesitate to contact me should you need any further information regarding this client.

Sincerely,

MP Sernatinger, MA, LCPC

Marie-Pierre Sernatinger, MA, LCPC
Clinician – ext. 16