E-FILED
Tuesday, 03 April, 2007 01:35:44 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0753/5 05-20040-001

DOCKET NUMBER *(Rec. Court)*
07 CR 174 Judge Castillo

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: | DIVISION |
|---|---|---|
| Lamia Chaouni<br>Chicago, IL 60639 | CENTRAL DISTRICT OF ILLINOIS | Urbana |
| | NAME OF SENTENCING JUDGE<br>Michael P. McCuskey | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/28/2006 — TO 11/27/2009 |

OFFENSE

Bank Fraud - 18 U.S.C. § 1344(1) and (2)
Aggravated Identity Theft - 18 U.S.C. 1028A

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/27/07
Date

s/ Michael P. McCuskey
Michael P. McCuskey
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 0 2007
Effective Date

s/ James F. Holderman
United States District Judge