E-FILED
Friday, 30 May, 2008 10:33:31 AM
Clerk, U.S. District Court, ILCD

Lamia Chaouni
4954 N. Marmora Ave.
Chicago, IL60630
(773)430-
LamiaChaouni@msn.com

May 26, 2008

**Federal Judge**
The Honorable Judge Michael P. McCuskey
United States District Court Central District of Illinois
201 S. Vine St.
Urbana, IL 61802

Dear Honorable Judge McCuskey,

My name is Lamia Chaouni, **Case# 0520040.** I don't know if you remember me, you sentenced me to one year of home confinement and 3 yrs of supervised probation on November 28, 2007. I completed my home confinement on February 18, 2008. Since then I enrolled in school full-time at Everest College as a Medical Biller & Coder, also holding a steady full- time job. I can't thank you enough for giving me a second chance to better myself, and my future.

I would like to please request to see my grandmother who is gravely ill overseas. She has attended court with me on my day of sentencing, she means the world to me, I would really appreciate it if you would allow me to go see her. If you can please be kind enough to mail back my passport, and give me permission to go see her. I have been very compliant, and would like to take no more than a week to visit her, as well as my fathers grave whom I never got to witness pass away. It would be greatly appreciated your Honor if you will allow me to have possession of my passport. I would like to request to go on June 15, 2008. If you can please mail it to me as soon as possible it would be very much appreciated.

I have been also confused about which career path to take. Could you please be kind enough to advise me where I could get help as an ex-offender? Thank you for your time and giving me a second chance at life. I will never forget you, and the advice you gave me in your court room that day. You've impacted my life tremendously, I will forever be grateful. Thank you.

Sincerely,

Lamia Chaouni